UNITED STATES of America,
Plaintiff-Appellee,

v.

James Anthony SYLVA, Defendant-
Appellant.

No. 71-1533.

United States Court of Appeals,
Ninth Circuit.

July 8, 1971.

Paul M. Goorjian (argued), San Francisco, Cal., for appellant.

James Bruen, Asst. U. S. Atty. (argued), James L. Browning, Jr., U. S. Atty., F. Steele Langford, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before BARNES, JERTBERG and KOELSCH, Circuit Judges.

PER CURIAM:

The judgment appealed from is affirmed. United States v. Cralle, 415 F. 2d 1065 (9th Cir. 1969).

UNITED STATES of America,
Plaintiff-Appellee,

v.

Morton Mayer SOBEL, Appellant.

No. 71-1124.

United States Court of Appeals,
Ninth Circuit.

July 15, 1971.

Richard G. Sherman (argued), Beverly Hills, Cal., for appellant.

Tom G. Kontos, Asst. U. S. Atty. (argued), David R. Nissen, Chief, Criminal Division, Robert L. Meyer, U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, HAMLEY and CHOY, Circuit Judges.

PER CURIAM:

The judgment of conviction is reversed.

We find the government, once sanity was an issue, did not sustain its burden of proof.